JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THERESE S. HARRIS, an individual, | ) | Case No. 15-CV-01999 BRO-PLA |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATION |
| | ) | TO DISMISS ENTIRE ACTION WITH |
| PAYMENT RESOLUTION SERVICES, LLC, | ) | PREJUDICE |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based on the Stipulation of Dismissal with Prejudice filed in this action, the above-captioned action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: July 20, 2015      _____
                          HON. BEVERLY REID O'CONNELL
                          UNITED STATES DISTRICT JUDGE